NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TITUS D. MILBURN, SR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7043

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2608, Chief Judge Bruce E. Kasold.

---

## ON MOTION

---

## ORDER

Upon consideration of Titus D. Milburn, Sr.'s motion for a 21-day extension of time, until April 29, 2011, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

For The Court

APR 2 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Eva I. Guerra, Esq.
    Vincent D. Phillips, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 2 0 2011

**JAN HORBALY**
**CLERK**